**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: S.A.M., A MINOR | : | No. 606 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: R.M., JR., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.